NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JULIO MARIN RIOS,                       )
                                        )
              Appellant,                )
                                        )
v.                                      )       Case No. 2D16-3483
                                        )
STATE OF FLORIDA,                       )
                                        )
              Appellee.                 )
                                        )
_____  )

Opinion filed March 9, 2018.

Appeal from the Circuit Court for
Collier County; Lauren L. Brodie,
Judge.

Ana M. Davide, Miami, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Andrew Tetreault,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


              Affirmed.


SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.